In the Matter of Proving the Last Will and Testament of
ABIGAIL JOURNEAY, Deceased.

MARY L. ENGELBRECHT, Appellant; EDWARD SPRAGUE, as
Executor, et al., Respondents.

(Submitted April 16, 1900; decided April 20, 1900.)

Motion for reargument denied, with ten dollars costs. (See
162 N. Y. 611.)

---

In the Matter of the Final Judicial Settlement of the Account
of EDWARD SPRAGUE, as Administrator of DAVID H. JOUR-
NEAY, Deceased.

MARY L. ENGELBRECHT, Appellant; EDWARD SPRAGUE, as
Administrator, et al., Respondents.

(Submitted April 16, 1900; decided April 20, 1900.)

MOTION for reargument denied, with ten dollars costs.
(See 162 N. Y. 611.)

---

JOHN R. DRAKE, Appellant, *v.* THE NEW YORK SUBURBAN
WATER COMPANY et al., Respondents.

THOMAS P. WICKES, as Receiver of the Firm of COFFIN
& STANTON, Appellant.

Reported below, 36 App. Div. 275.
(Argued April 16, 1900; decided April 20, 1900.)

MOTION to dismiss an appeal from an order of the Appellate
Division of the Supreme Court in the second judicial depart-
ment, made at the January term, 1899, reversing a judgment
in favor of plaintiff entered upon a decision of the court on
trial at Special Term, and granting a new trial.

The motion was made upon the ground that, the action
having terminated in favor of the defendant New York

Suburban Water Company, nothing remains for this court to decide but an abstract question of law.

*I. M. Dittenhoefer* for motion.

*George C. Lay* opposed.

Motion denied, with ten dollars costs.